CAROLINA ROSSI, Appellant, v. ROSARIO NACCARATO, Respondent.—

Foster, P. J., Bergan, Halpern, Imrie and Zeller, JJ., concur.